# United States District Court
## for the
## Northern District of Alabama

Justin Deventerrious Jones
  plaintiff

-v-

WARDEN Fox, WARDEN Mitchell, Captain Howard, And LT. Dent, LT. MC.LAURIN, Sgt. Burke, Officer Ward, Officer Davis and Health Care Nurse, All Etc.

1:25cv79-ACA-JHE

1. The parties to this Complaint

A. The plaintiff

Name: Justin Deventerrious Jones

ID Number: 297490

Current Institution: St. Clair Corr. Fac.

Address: 1000 Saint Clair Road, Springville, Al 35146

B. The Defendant

Defendant No. 1

Name: Warden Mitchell

Job Title (Warden II)

Employer: St. Clair Corr. Fac.

Address: 1000 Saint Clair Road, Springville, Al 35146

Official Capacity

2.

Defendant No. 2
Name: Warden ~~mitchel~~ Fox
Job Title: Warden II
Employer: St. Clair Corr. Fac.
Address: 1000 Saint Clair Road, Springville, AL 35146
Official Capacity

Defendant No: 3 Captain Howard
Job title: Captain
Employer: St. Clair Corr. Fac.
Address: 1000 Saint Clair Road, Springville, AL 35146
Official Capacity and Individual Capacity

Defendant No: 4 LT. Derrick Dent
Job title: Lieutenant
Employer: St. Clair Corr. Fac.
Address: 1000 Saint Clair Road, Springville, AL 35146
Official Capacity and Individual Capacity

Defendant No: 5 LT. Mc. Laurin
Job title: Lieutenant
Employer: St. Clair Corr. Fac.
Address: 1000 Saint Clair Road, Springville, AL 35146
Official Capacity and Individual Capacity

3.

Defendant No6 Sergent Burke, Bryan
Job title: Sergent
Employer: St. Clair Corr. Fac.
Address: 1000 Saint Clair Road, Springville, AL 35146
Official Capacity and Individual Capacity

II BASIS FOR JURISDICTION

A. State or local officails (a §1983 Claim)
B. Section 1983 allows Claims alleging the "deprivation of any Rights, privileges, or Immunites, Secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are Suing under Section 1983, What federal Constitutional or Statutory rights do you Claim is/are being violated by state or local officials? Amedment 8 punishment [nor cruel and unusual punishments Inflicted], Amendment 4 unreasonable Searches and Seizures. Amendment 5 Criminal actions - Provisions Concerning - Due Process of Law and Just Compensation Clauses. Amendment 1 Religious and potietical freedom.
C.
D. Section 1983 allows defendants to be found liable only when they have acted "under Color of any Statue, ordinance, regulation, Custom, or usuage, of any state or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are Suing under Section 1983, explain how each defendant acted under Color of state or local law. If you are Suing

4. under Bivens, explain how each defendant acted under color of federal law.

At St. Clair Corr. Fac. Warden Micthell and Warden Fox is The Head Warden over the whole prison Warden Micthell is The Head Warden III and Warden Fox is the Asstiance warden in charge II over the prison. Captian Howard is the Segeration Captain at St. Clair Corr. fac. he is suppose to see over the Security of Segeration at St. Clair Corr. fac. And LT. Derrick and LT. Mc.Laurin is Shift and Segeration Supervisor who Also suppose to see over the Security of Segeration. And Sgt. Burke is Also A shift Supervisor who is Suppose to see over the Security of All Inmates at St. Clair Corr. fac. Captain Howard is liable for everything that happen in segergation he is the Captain over the prison. LT. Dent is the Lieutenut officer who violated my rights, 8 Amendents Rights and others with LT. Mc.Laurin Also with Sgt. Burke inflicting Cruel and unusual punsihment while at St. Clair Corr. fac.

III. Prisoner Status. Convicted and Sentenced state Prisoner

IV. State of Claim
State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations

5. of all relevant events. you may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any case or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

### CLAIM 1

This Incident Happened on Dec. 22, 2024 at St. Clair Corr. Fac. in BDorm Cell 11, Round Dinner well at Dinner time Crucial and unsual things started to happened. I have Serious Health problems my Health Care Code is H1 Because I have Hypetension Heart problems, which I Notified officer ward when he came around for Security Checks, I Clearly told officer ward or which ever officer that Brought my Diner tray that I Need to go to health Care I have chest pain, the officer left my in the cell All way till next shift unresponsive So when Shift Change come at 6:00 another shift come on when the officer Due his Security Check Round 6:30 or 7:00 he finds that I am unresponsive in the cell and I Guess he hits a Code to call his Supervisors which is CPT. Mclaurin and Sgt. Burke. So After this I Dont No who all was present, But I opened my eyes you got officers slapping, kicking and punching me at the same time, they Screaming that I

6.

High and Stop Being Combative when I was not resisting at all. I was trying to get medical help But ADOC instantly took it upon they self Coming into the sistuation that I am High of Drugs and possible overdose when I have real serious medical Issues. So will the officers inside the cell and I see the cruel and unusual punishment, inflicted upon me I instantly Snap in protect mode Because I see ADoc is trying Hurt not Help. So while I am inside cell asking for Help the officer cuff my legs up and Also cuff me Behind my Back to Remove from cell to go to Health Care. Which they did By officers Carrying to a Wheel Chair from my Cell B-11 to B-Dorm Hall way to a Wheel Chair, But once I Get outside, the Shift Supervisor LT. McLaurin Is walking across the outside Area of Segaration and see officers pushing me to HealthCare in Wheel Chair and he Instantly Jump on very unproffessonal stuff. He himself come and Snatch me out of Wheel Chair put his hands on me Right then and there while I am trying to get medical attetion and Say "Bicth You outside Now walk to Health Care" And this is where things strarted to get physical personally Because I am very Concisuness Now, Because I see that ADoc is not trying to help me they trying to find A reason to Hurt me

7. which on my way to ~~Health~~ Health Care when we get outside the Health Care Door some white male, he might be Sgt, But while the white Sgt. not Sgt. Burke that was escorting me to Health Care with LT. McLaurin Right outside the white officer punched me 3 times in the Stomach Area right Before I entered the Health Care Door this was Dec. 22, 2024 Between 6:00 and 7:30 Right outside Healthcare Area Right Before you enter. The Second Incident happened inside Health Care while my hands Behind my Back Sgt. Burke entered the Health Care and Instantly Snatched me away from LT. McLaurin and picked me up and Slammed me to the ground on my face while my hands Behind my Back And when I tried to get medical attention the nurse that did my body Chart Also Rode with the Doc Refusing me a properly Body Chart, I even tried to make a statement on my Body Chart in Health Care But nurses and ADoc Refused to take Statement.

## CLAIM 2

This Incident happened on Dec. 25, 2024 on Christmas in B-Dorm Cell 11 Round Between 4:00 - 6:00 in the morning time while LT. Dent was showering B-Dorm his ~~Self~~ Doing Shower time in the morning Lt. Dent Came By my Cell which is By the Shower and

8.

and Snatched my Blanket outside my cell and threw it outside my cell on the floor which we had words about the Incident. 10 to 30 mins later LT. Dent send two officers to my cell Co Hester, Co King to tell me to Cuff up LT. Dent want to see me inside his office at night time about some personal stuff, I Refuse and tell them if this not official then its not any reason for me to Be coming outside my segeration cell talking to anybody if its not official. Which while they in they process trying to explain to me what LT. Dent gone Do if I don't cuff up and come outside my cell, And while they is explaining that LT. Dent pulls Back up with a can mace and say you aint gone Cuff up and starting Spraying me with mace, which made me come outside of my cell, once outside cell LT. Dent, Co Hester, Co King, excort me to HealthCare which they throw me in the shower with Just the water nunthing else for about 5 mins and say I have Been Detoxed And I noted As well when I went to Healthcare you had the same nurse Rowdy to Do a fake Body Chart ever time A Incident happened which I tried to make another statement on my body chart and once again the nurse add Doc Refused to properly Do my Body Chart, After they Remove me from HealthCare I am thinking that either I am

9.

about to go Back to my cell or another cell, LT. Dent his self By Being the Shift Supervisor took it upon his self to Lock me up in Seluded Area All Christmas morning with about 5 Shackles on me Chain to a Desk in a mental Health Room with no Cameras, So much unofficial things happened how Doc will not let me Report what happened it seems like since Incident happened LT. Dent have put out A memo tell all officer about my cell, they wont let me use Phone Right After Incident plus they wont let me talk to anybody or Report to any ADOC official About Incident, like he Got a Block on Reporting Issues about him on everybody in Seg. I have been in prison since 2014 and I have never had this much trouble Reporting a Incident, I have told numerious of officers that I wont to talk to Mental health, I have Screamed Suicide, I have told officers that I would wont to Report A prea Incident they have even Ignored that request so it seems like me getting from the prison LT. Dent have a clock on that, they have even Came And Searched my old cell and Removed all my personal perpety, Clothes, Cups, Religous Material, for No Reason, even took my matt to lay Down. So that Why on this Claim I am Also Asking for A

10.

Immediate Indlustment, because the tactics ADOC officers use at St. Clair, A person will end up dead Before he Can Report anything or wont make to see the end of a Investigation. And Soon After LT. Dent sent his officers to come get me from Seluded Area, Co Hester, and Co King they told me I was not going back to my old cell and they placed me in another Dorm and cell so as of Today 12-28-24 I am in Cell O-23 which This was LT. Dent moving And I have not Been able to Report any Issue or file any Grievance. Because LT. Dent and his puppet Correctional officers have a Block on my Reporting any Issue!! Another Claim Have Been Added See Attached CLAIM 3

A. N/A

B. If the events giving rise to your Claim arose in an Institution, describe where and when they arose. At St. Clair Corr. Fac. segeration unit Claim 1 on Dec. 22, 2024 B-Dorm cell 11. second claim on Dec. 25, 2024 - segeration unit / B-Dorm cell 11

C. What date and Approximate time did the events giving rise to your Claim(s) occur? Claim 1 Dec. 22, 2024 Round 4:00 P.M. Claim 2 Dec. 25, 2024 Round 4:00 A.M.

D. What are the facts underlying your Claim(s)? on Dec. 22, 2024 Claim 1 I was assaulted By LT. McLaurin, Sgt. Burks and another officer on the way to health Care, And Before That

11. A officer ward Refused to check on my security and Refused me medical attention leaving a problem for night shift. Which it is Cameras inside Dorm and Healthcare the Camera Saw Incident. Claim 2 LT. Dent for Spraying me and taking me to a Seluded Area for 4 hours straight and did what he Wanted to Do to me for 4 hours The only person officers attention I Got and peeped in on me other then Co Hester, Co king, was a officer by the name of officer Newtom he saw me stripped Down to my underwear and Changed Behind my Back with 4 to 5 Shackelas on legs and Arm and plus the Camera saw everthing up into I went missing from ADOC sight for 4 hours!

V. Injuries - If you sustained injures related to the events alleged above, describe your Injuries in detail. my Ribs I have Been sore Since Incident, I have cuts and Bruises around my wrist and Ankles from Being Shackled up and plus my mental Messed up After this Incident, because if A Inmate cannot trust A ADOC supervisor, then you cant trust Nobody.

VI Relief. state breifly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statues. If Requesting money damages, Include the amounts of any actual ~~~~~~~~ damages and/or

12

punitive damages claimed for the acts alleged. Explain the basis for these claims.
Criminal Charges Against any all officers that acted on Incident against me to Assault me and Cover it up on Claim 1 and Claim 2, Immediate Industment to another facility from St. Clair prison Due to lack of Security and life and Death Deprivation from my Human Rights, the Sum of $250,000.00 for Both Claims Due to pain and Suffering and Injurys that occured and lack of Security and the Crucial and unusual punishment inflicted on Both Claims And All Incidents and Disciplinary Reports exponge from Jacket Due to Incident on Claim 1 and 2.

VII Exhaustion of Administrative Remedies Administrative Procedures

A. Did your Claim(s) arise while you were Confined in a Jail, prison, or other Correctional facility? yes, St. Clair Corr. Fac. 1000 Saint Clair Road Springville, AL 36057

B. Does this Jail Prison, or other Corr. Fac. where you were Confined at the time of the events giving rise to your Claim have a grievance procedure? yes

C. Does the grievance procedure at the Jail, Prison, or other Corr. Fac. Where your Claims arose Cover Some or all of your Claims? yes But the tactics Doc use how you have to days to file a Grivance from Day of Incident, But how can you file when ever officer you ask wont even give me the

13.

proper material to file a Grievance with ADOC

D. Did you file a grievance in the Jail, Prison, or other Corr. Fac. where your Claim(s) arose concerning the facts relating to this Complaint? Yes

E. If you did file a grievance:
1. Where did you file the grievance? St. Clair Corr. Fac.
2. What did you claim in your grievance? every Incident Inside my Claims, And plus Lost property, and write-ups and Incidents that was Reported.
3. What was the result, if any? The original grievance forms I filled to the ADOC Grievance officer Ms. Henry did not even make it to her when she came around to talk to another Inmate about they Grievance I had to give her a copy of my copy to show her I did file and turn one in.
4. What steps, if any, did you take to appeal that decision? is the grievance process Completed? if not, explain why not: No the Grievance process have not even Started Because its so hard to even Report inside ADOC St. Clair prison styem

F. 1. If you did not file a grievance: If there any reasons why you did not file a grievance, state them here: on some of the Claims I did not file grievances on Certain Incidents Due to ADOC said they Can not look into Certain Issues,

14.

2. If you did not file a grievance but you did Inform officials of your claim state who you informed, when and how and their response, If any: the ADOC Internal Investigation Divison Agent on Second claim and tried to Report the Second claim to them But they is working to close your Investigation and Say you is lien. So thats why I am filing my 1983 form and A Emergency Indivstment to get some help and understanding.

## Prevolous Lawsuits

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, Malicious, or failed to state a claim upon which relief may be granted? NO

A. Have you filed other lawsuits in state or federal court dealing with the Same facts involved in this action? NO

B. If your answer to "A" is "Yes", describe each lawsuit by answering questions 1 through 7 below. N/A

IX.   Certification and Closing

Under Rule 11 of the federal Rules of Civil procedure, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, Such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is Supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual Contentions have evidentiary support or, if specifically so identified,

15. will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Justin Devonterrious Jones   A+S# 297490

St. Clair Correctional Faciality

1000 ST. CLAIR ROAD

Springville, Alabama 35146

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 12, 2025        *[signature]* 297490

Justin D. Jones AIS: 297490
St. Clair Corr. Fac.
1000 Saint Clair Road
Springville, AL 35146




Inmate Legal
Confidential
Privileged

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

Clerk of the United States District Court
for the Northern District of Alabama, Room 140,
Hugo L. Black U.S. Courthouse,
1729 5th Ave North,
Birmingham, AL 35203-2195