**FILED**
2025 Sep-08 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

2025 SEP -5  A 11: 16

U.S. DISTRICT COURT
N.D. OF ALABAMA

Justin Devonterrious Jones AIS#297490 )
)
**Plaintiff** )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )
)
)
)
Lieutenant Christopher A. McLaurin )
officer P. Holloway, officer Josiah )
Pritt, officer J. preuss/sergeant Brandt )
Burke )
)
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

Amended Complaint

Case No. 1:25-CV-00079-ACA-JHE
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.     The Parties to this Complaint

## A.     The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name _Justin Jones D._

All other names by which
you have been known: _____

ID Number _297490_

Current Institution _Donaldson Corr. Fac._

Address _100 Warrior Lane_

_Bessemer_          _AL_          _35023_
         City                State         Zip Code

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Christopher A. McLaurin_

Job or Title *(if known)* _Lieutenant_

Shield Number _____

Employer _ADOC_

Address _1000 st. Clair Rd_

_Springville_          _AL_          _35146_
         City                State         Zip Code

☑ Individual Capacity     ☐ Official Capacity

Defendant No. 2

Name _Sergent Bryan K. Burke_

Job or Title *(if known)* _Sergent_

Shield Number _____

Employer _ADOC_

Address _1000 st. Clair Rd._

_Springville_          _AL_          _35146_
         City                State         Zip Code

☑ Individual Capacity     ☐ Official Capacity

2

1000 St. Clair Rd.
Springville, AL 35146 / Individual Capacity

Defendant No. 3

Name _P. Holloway_

Job or Title *(if known)* _officer_

Shield Number

Employer _ADoc_

Address _1000 St. Clair Rd_

_Springville_ _AL_ _35146_
City State Zip Code

☑ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name _Josiah Pritt_

Job or Title *(if known)* _officer_

Shield Number

Employer _ADoc_

Address _1000 St. Clair Rd_

_Springville_ _AL_ _35146_
City State Zip Code

☑ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? _Excessive Amendment ɤ - nor Cruel and unusual punishments inflicted. / Excessive Force and Failure to protect/Intervene._

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attached Statement of Claim_____

_____

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other
    *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_St. Clair Corr. Fac., on Jan. 5, 2025, Round 7:00 p.m. in the Health_

_Care unit, in Crisis Cell F-1_____

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

Jan. 5, 2025, Round 7:00 p.m.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached pages of statement of Claim

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Cuts and Bruises on Arms, Chest and Ribs and face area and Swelling in the testicular Area and Also Cuts and Bruises on legs from Excessive force!

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Criminal Assault Charges against officers that physical Assaulted me. nominal Damages in 15,000, Compensatory damages for actual Injurys. 15,000 and punitive damages for mental and emotional Injury in the Amount of 15,000 And Disciplinary Reports Due to Incident and all Incidents Reports Be exponged from my Institutional file.

Justin Jones 291963

## Statement of Claim

On Jan. 5, 2025 Round 7:00 I was Housed in the Health Care unit in crisis cell Due to mential Health and security Reason. I was in crisis cell F-1. I was standing in my crisis cell talking to A Mental Health Observer, when Lieutenant McLaurin Was executing another Inmate to another Crisis F-2, which Inmate that was placed in crisis cell F-2 Round 6:30 p.m. and 7:00 p.m. on Jan 5, 2025 who can testifie and account to the event that happened and Also mental health observers that was watching me on the night of event, Because every Inmate thats on suicide watch Have to have a mental health observer to watch and account and Document everything thats goes on while a Inmate is on suicide watch. And Also there was Cameras that Can verify my account of Incident. While L.T. McLaurin Was telling the other Inmate that was across from me in F-2, that he was not Going to Bring Inmate anything to sleep on for tonight, for coming to Suicide Cell as punishment, I Voice my opinon and told the L.T. McLaurin that he is not following proper prodercull and Can he get Another L.T. Back in health Care, so the Inmate in F-2 Can get some proper help. So the L.T. McLaurin told me to shut the fxxx up and mind my Business Before he Came inside Cell and whoop my Ass. And thats when I told L.T. McLaurin that the Conduct he is showing is unprofessional and I will be filing A Inmate Grievance Form about Incident and thats when he Stated I told you to shut the fuck-up and when I get threw with Inmate in F-2 I will Come inside your crisis Cell F-1 and show you unprofessional, thats when I notified the officer on Duty officer P. Holloway to call another Supervisor on Duty, Because L.T. McLaurin Threaded to Come inside my crisis cell and assault me, which officer Ignored my Plans and gave the Keys to L.T. McLaurin to enter my crisis cell. Inside crisis the only thing I had was my smock, mattress, and cot and I was not Being disruptive or Causing harm to others or my cell and when I first entered crisis cell on Dec, 30, 2024, All of my property was Removed upon me entering cell So camera will Show that I had no Contraband or Unauthoriced Items in

Cell, Before Incident and when officers entered my cell came out After using excessive and unnecary force, which cameras will show that I did not have a pair of unauthorized (underwear) on the floor of cell, The Cameras and witnesses, Such as mental observers and Inmate white male in F-2 will state that LT. Mclaurin never ordered me to relinquish any Items inside cell Because I never had any and Camera will show if he did he never opened up my tray flap to relinquish any Items, and that he Got Crisis Cell Key from officer P. Holloway and he LT. Mclaurin and 3 other officers J. pritt, P. Holloway and J. preuss, entered my cell with out handcuffing me and used unnecarry and excessive force, while officer P. Holloway was watching out for other Supervisors And failed to protect/Intervene. While I was inside Crisis Cell with no Clothing, Naked. officer pritt and officer preuss and LT. Mclaurin, came inside cell and forced me to the floor of cell with unnecessary force and excessive fore Causing physical abuse, when officers threw me on the floor of cell, LT. Mclaurin handcuffed me inside cell and Continued his physical Abuse and sexual abuse and sexual harassment, with other officers J. pritt, P. Holloway. When officers forced me to ground and Handcuffed me Behind my Back, all 3 officers Contiued to Assault me By Punching and kicking all over my Body area and LT. Mclaurin Intentially Kicked me in the testicular Area twice Saying "where are your Balls Now" While I was naked and in handcuffs, and When officers J. pritt and p. Holloway and J. preuss was picking me up off floor to remove me from cell, LT. Mclaurin Kicked me in the behind on my Buttocks, and Started laughing and told officers to take me in Back of health care to A Emergency Room, where they handcuffed and Shackled me to a hostipital Bed. where LT. Mclauren Called for a sergeant Bryan Burke and to Come and help out Because at that time After the Incident with officers Coming inside cell I was no longer doy anything that Can Cause me life or Death. And threw out The time I was inside Emergency Room posing no threat LT. Mclauren was Coming in and out of Room Still assaulting me By Punching me Ribs, face and private area. Which the sergeant Burke, had to keep Coming inside Room to Remove LT. Mclauren from Incident. When I was in Emergency Room officer P. Holloway and officer J. pritt and J. presuss was standing by even proticepating in Incident

And failure to protect / Inervence all together. All Inmate in a crisis cell on watch status is Documented. So the camera and Documentation can show and witness the events, Before, Doing and After Incident that took place on Jan. 5, 2025 at Health care unit Round 7:00 p.m... I never Fail to obey any order Before officers entered cell, I never picked up any suicide boat and charge the door to cause damage to State property, which mental health observers on duty and that was watching me at time can testifie to. LT. Mclauren and Sgt. Burke Just used them circumstances to Justify a reason to come inside my crisis cell to assault and humiulate me. Without penological Justification. A ADOC offical came and took pics, I Can Not recall which officer, But the pics will show Cuts and bruises on my Chest, Ribs and Arms and Also swelling in the fine and testicular Area, which not photos was taken of testicular Area to show the use of force, But i did tell Health care providers About Medical Issue. Showing that ADoc officers intentionally and maliciously Caused me harm when I was posing no threat to officers or anyone else. and Also Showing officers Failure to protect / Intervene.

John Doe 297480

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Saint Clair corr. fac.*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Physical abuse, Verbal abuse, and Sexual abuse and Sexual harrassment Staff on Inmate*

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   ADOC - St. Clair Corr. Fac.

2. What did you claim in your grievance?

   the Same Claims thats in my Statement of Claims physical, verbal, Sexual abuse and Harassment.

3. What was the result, if any?

   The Grievance officer sent me a memorandum Back Saying they will Investigate But After 1/9/25 I never heard anything Back about Incident.!

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   the grievance officer Never followed up about Grievance and I was transferred to Another facility on 1-23-2025!!

7

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   _____

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _I did notify Captain parker about Incident and he put out a memo to all Supervisor that my Cell should not Be open for any Reason and thats How I transferred from Prison._

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

8

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff    Justin Devonterrious Jones
Prison Identification #    297490
Prison Address    Donaldson Corr. Fac. 100 warrior Lane

Bessemer                    AL            35023
City                    State        Zip Code


I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8-21-2025
(Date)


Signature of Plaintiff

10

First Class Mail

Justin D Jones #297490
100 Warrior Ln
Bessemer AL 35023 7299

SECURITY

SEP 05 2025

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of the Clerk
US District Court
1729 5th Ave N
Birmingham AL 35203 2040





