## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

JUSTIN DEVONTERRIOUS JONES )
#297490 )
         )
    **Plaintiff,** )
         )
      **vs.** )      **CASE No. 1:25-cv-00079-ACA-JHE**
         )
**CHRISTOPHER MCLAURIN, et al.,** )
         )
    **Defendants.** )

### A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County of Alabama at Large, personally appeared John Preuss, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is John Preuss, and I am presently employed as a Correctional Officer, with the Alabama Department of Corrections, St. Clair Correctional Facility, Springville, Alabama. I am over twenty – one (21) years of age.

In regard to the incident on January 5, 2025, I, Correctional Officer John Preuss, have no recollection of this incident. I was working a block in the Restrictive Housing Unit doing 30 minute security checks. I have no idea why I was named in this lawsuit. All other members involved in this lawsuit will agree that I was not present or involved.

_____
John Preuss, Correctional Officer

(ST. CLAIR COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND

OFFICIAL SEAL THIS THE ____19TH____ DAY OF __NOVEMBER__, 2025.

_____
NOTARY PUBLIC

My commission expires: __8/20/2029__

Exhibit 2