UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JUSTIN DEVONTERRIOUS JONES )
#297490 )
)
    Plaintiff, )
)
    vs. )        CASE No. 1:25-cv-00079-ACA-JHE
)
CHRISTOPHER MCLAURIN, et al., )
)
    Defendants. )

A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County of Alabama at Large, personally appeared Peyton Holloway, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Peyton Holloway, and I am presently employed as a Correctional Officer, with the Alabama Department of Corrections, St. Clair Correctional Facility, Springville, Alabama. I am over twenty – one (21) years of age.

On January 5, 2025, at approximately 7:20 pm, me and Lieutenant Christopher McLaurin entered 1 cell after inmate Justin Jones was screaming, kicking the door as well as using his cot to ram the door. When Lieutenant McLauren and I entered the cell, the inmate refused to comply with direct orders, so Lieutenant McLauren stepped toward inmate Jones. It was at that time inmate Jones pushed Lieutenant McLauren. Me and Lieutenant McLauren wrestled inmate Jones to the ground and cuffed him then moved inmate Jones to the exam room so nurse Warrells could perform a body chart. After inmate Jones had time to calm down, he was moved back to 1 cell. While Officer Josia Pritt was attempting to remove the handcuffs, inmate Jones snatched both the handcuffs and handcuff key. Verbal commands were ordered to return the cuffs and keys as well as to lay down in the prone position when he refused. Sergeant Bryan Burke sprayed him with a one second burst.

                              _____
                              Peyton Holloway, Correctional Officer

Exhibit 5

(ST. CLAIR COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND

OFFICIAL SEAL THIS THE _19TH_ DAY OF _NOVEMBER_ , 2025.

_____
NOTARY PUBLIC

My commission expires: _8/20/2029_

Exhibit 5