United States District Court
For The Northern District of Alabama
Eastern Division

FILED

2026 Jun-05 PM 01:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

Justin Davonterrious Jones,
    Plaintiff,

v.

Christopher A. McLaurin, et al.,
    Defendants

FILED

2026 JUN -5 A 11:42

U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No. 1:25-cv-00079-ACA-JHE

Plaintiff Respond to the Motion for Summary Judgement

Comes now plaintiff Jones, pursuant to federal Rule of Civil procedure 56, and hereby moves this Court to enter Summary Judgment in my favor, on Jan. 5, 2025, at St. Clair Corr. Fac. Records will show that I was assigned to crisis Cell F-1 in the health care unit, which is not disputed. Also there was another Inmate in Crisis Cell F-2 and Also A mental health observ on duty at the time of Incident that Osc filled to get a Statement from, which Staff Name a title is listed in defendant Motion for Summary Judgement. Staff Name and title Say Piazza, which who was on Duty on the 1-5-2025 on the night shift, which these 2 witness Can testify that my version of the incident is true and that the officer on duty did violate my 8 Amendment. And Also, the Cameras in health Care will show that a genine dispute did take place and this officers on duty did, use unneccary force, which Caused Cruel and unusal punishment. It was investigate by a Capt. Howard, which he Claim he watched the Cameras

. And Saw me being disrupted, which is a lie. if the Courts Review the Same Camera footage that the Capt. Claim he Reviewed the Court will Clearly see that the defendants did violate my 8 Amendment and there is a geniue dispute. And my Allegations is still the same from the Amended Complaint. I Also would like to Get a Affidavit from the Inmate that was housed in F-2 on 1-5-2025 And Also a statement from the Mental health observer that was working doing Incident. And Also I would like the Court to Review and Accept the Camera footage that the Capt. Reviewed into Evidence to prove that the Capt. lied to Corrable with the Storys his officers told which was a lie, and Also the Camera footage which Show the reason the Lt. Mclauren claim he entered the Cell was false Because if I had Contraband inside a Crisis Cell the Camera would have Showed the officer leaving my Cell with Contraband which was a lie I never had any Contraband that was Just a lie to enter myself to Cause Cruel and unusual punishment. And that Same Capt. Howard was Relieved of his duty at St. Clair Because he was not properly investigating incidents and Covering up for his officers. Witnesses, Cameron footage, and Body Chart, will Show that the officers on duty and on Camera footage did use Cruel and unusual Punishment and violated my Eight Amendment Right.

# Conclusion

defendants is not entitled to qualifed immuncity Becuse my Complaint is on Indivivul Copacietly, And Also There is a genuine dispute of material facts and the only way to dispute Complaint is threw trail, which the plaintiff Respectfully request that this Honorable Court Accept my ~~typed~~ pro se Respond to the motion for Summary Judgement!

Respectfully Submitted,

Justin Jones 297490
W.E. Donaldson Corr. Fac.
100 warrior Lane
Bessemer, AL 35203

Dated: 6-2-2026

# Certificate of Service

I hereby certify that I have on June 2, 2026 mailed a copy of the foregoing via first class U.S. Mail, to the following Office of Clerk, united states District Court Northern District of Alabama

Hugo L. Black United States Courthouse
1729 5th Avenue ~~North~~
B'ham, AL 35203

M.E. Donaldson Corr. fac.
100 Warrior Lane
Bessemer, AL 35203

Pro se plaintiff
297490

"This correspondence is forwarded from a
Alabama State Prison. The contents have not
been evaluated: and the Alabama Departmen
of Corrections (ADOC) is not responsible fo
the substance or content of the enclose
communication."

LEGAL ONLY

35203-200099

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JUN 05 2026

SECURITY

Office of Clerk
United States District Court
Northern District of Alabama
Hugo L. Black united State Courthouse
1729 5th Avenue North
Birmingham AL. 35203

Legal Mail Privileged
and Confidential

Justin Jones 347490
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, AL 35023

FIRST-CLASS
$ 000.740
US POST
JUN 03 2026
0006236842
02 7H
ZIP 35023
3 JUN 2026 PM 5 L
BIRMINGHAM AL 350